Warton Supplies, Inc. v GEICO Indem. Co. (2022 NY Slip Op 50770(U))

[*1]

Warton Supplies, Inc. v GEICO Indem. Co.

2022 NY Slip Op 50770(U) [76 Misc 3d 126(A)]

Decided on July 15, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on July 15, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2020-574 K C

Warton Supplies, Inc., as Assignee of
Mervette Millien, Appellant, 
against
GEICO Indemnity Company, Respondent.

Kopelevich & Feldsherova, P.C. (David Landfair of counsel), for appellant.
Rivkin Radler, LLP (Stuart M. Bodoff of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Ira R.
Greenberg, J.), entered December 6, 2019. The order granted defendant's motion for summary
judgment dismissing the complaint.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals
from an order of the Civil Court which granted defendant's motion for summary judgment
dismissing the complaint on the ground that plaintiff failed to appear for duly scheduled
examinations under oath (EUOs).
Contrary to plaintiff's contention, the proof submitted by defendant in support of its motion
was sufficient to give rise to a presumption that the denial of claim forms had been timely mailed
(see St. Vincent's Hosp. of Richmond v
Government Empls. Ins. Co., 50 AD3d 1123 [2008]; Flushing Traditional Acupuncture, P.C. v GEICO Ins. Co., 69 Misc 3d
140[A], 2020 NY Slip Op 51337[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2020]). In addition, to the extent plaintiff also asserts that, pursuant to CPLR 2106 (a), the
affirmation that defendant [*2]submitted to establish that plaintiff
had failed to appear for the EUOs was not admissible since the attorney was employed by a law
firm as "staff counsel" to defendant, such an argument lacks merit (see Matter of Reid v Rochdale Vil.,
Inc., 137 AD3d 797 [2016]; Warton Supplies, Inc. v GEICO (Gov Empls.), 76
Misc 3d 146[A], 2021 NY Slip Op 51253[U] [App Term, 2d Dept, 2d, 11th & 13th Jud
Dists 2021]).
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: July 15, 2022